**Fill in this information to identify the case:**

Debtor 1     John H. Goodwin

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District of Pennsylvania (Philadelphia)

Case number    17-14106

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice    11/15/2017

**Last 4 digits** of any number you use to identify the debtor's account:    2 3 9 5

**New total payment:**
Principal, interest, and escrow, if any    $ 1866.90

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____     New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:
   Line of Credit - Variable Rate Change

   Current mortgage payment: $ 1892.71     New mortgage payment: $ 1866.90

Official Form 410S1     **Notice of Mortgage Payment Change**     page 1

Debtor 1  John H. Goodwin  
     First Name    Middle Name    Last Name

Case number (if known) 17-14106

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Von Mai  
Signature

Date  10/30/2017

Print: Von Mai  
    First Name    Middle Name    Last Name

Title: Vice President

Company: JPMorgan Chase Bank, N.A.

Address: Chase Records Center Attn: Correspondence Mail  
    Number    Street

700 Kansas Lane, Mail Code LA4-5555  
    Address 2

Monroe    LA    71203  
City    State    ZIP Code

Contact phone  866-243-5851

Email: von.t.mai@jpmorgan.com

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

Chapter 13 No. 17-14106
Judge: Ashely M. Chan

In re:

John H. Goodwin

       Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 01, 2017 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:    By U.S. Postal Service First Class Mail Postage Prepaid

      John H. Goodwin
      140 Clover Road

      Ivyland PA 18974

    By U.S. Postal Service First Class Mail Postage Prepaid

    N/A

Debtor's Attorney:  By U.S. Postal Service First Class Mail Postage Prepaid

    JON M. ADELSTEIN

    Penn's Court
    350 South Main Street, Suite 105
    Doylestown PA 18901

    By U.S. Postal Service First Class Mail Postage Prepaid

    N/A

Trustee:    By U.S. Postal Service First Class Mail Postage Prepaid

    WILLIAM C. MILLER, Esq.
    Chapter 13 Trustee
    1234 Market Street
    Suite 1813
    Philadelphia PA 19107

        /s/Von Mai
        _____
        Vice President
        JPMorgan Chase Bank, N.A.

"This is an open-end home equity line of credit with interest calculated, in arrears, on a simple interest rate basis. This means that the principal balance, the interest rate and the finance charge may vary from day to day. For the reason, it is not possible to determine the interest rate and minimum payment amount on a prospective basis. The figures reflected in this payment change notice are based on the terms of the loan."