# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-14106-AMC

JOHN H GOODWIN

140 CLOVER ROAD

IVYLAND, PA 18974

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN H GOODWIN

    140 CLOVER ROAD

    IVYLAND, PA 18974

Counsel for debtor(s), by electronic notice only.

    JON M ADELSTEIN ESQ
    350 S MAIN ST, SUITE 105

    DOYLESTOWN, PA 18901-

Date: 12/14/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee