# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-14106-amc** |
| **John H. Goodwin** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **January 16, 2018 at 11:00 a.m.** |
| **vs** | : | |
| | : | |
| **John H. Goodwin** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street,** |
| **William C. Miller** | : | **Philadelphia, PA, 19107** |
| | : | |
| **Respondents.** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN
CHASE BANK, N.A. TO REPOSSES 2012 JAGUAR XF VIN # SAJWA0FB6CLS37807
(DOCUMENT NO. 49)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on December 19, 2017 at Document No. 49 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 9, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

17-039822_EJS1

Telephone: 614-220-5611  
Fax: 614-627-8181  
Attorneys for Creditor  
The case attorney for this file is Karina Velter.  
Contact email is kvelter@manleydeas.com

17-039822_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 17-14106-amc |
| John H. Goodwin | : Chapter 13 |
| | : Judge Ashely M. Chan |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| JPMorgan Chase Bank, N.A. | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : January 16, 2018 at 11:00 a.m. |
| | : |
| John H. Goodwin | : U.S. Bankruptcy Court |
| | : 900 Market Street, |
| William C. Miller | : Philadelphia, PA, 19107 |
| Respondents. | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certificate of No Objection regarding Motion for Relief from the Automatic Stay to permit JPMorgan Chase Bank, N.A. to repossess 2012 Jaguar XF VIN SAJWA0FB6CLS37807 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Jon M. Adelstein, Attorney for John H. Goodwin, 350 South Main Street, Suite 105, Doylestown, PA 18901, jadelstein@adelsteinkaliner.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January 10, 2018.

John H. Goodwin, 140 Clover Road, Ivyland, PA 18974

DATE: __1/10/18__

                                                   /s/ Karina Velter
                                                 Karina Velter, Esquire (94781)

17-039822_EJS1

          Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-039822_EJS1