# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 17-14106 |
| **John H. Goodwin** | : Chapter 13 |
| Debtor(s) | : Judge Ashely M. Chan |
| | : * * * * * * * * * * * * * * * * * * * |
| | : |

## PRAECIPE TO WITHDRAW CREDITOR'S CERTIFICATE OF NO RESPONSE

Kindly withdraw the Certificate of No Response that was filed on January 10, 2018, on behalf of JPMorgan Chase Bank, N.A. ("Creditor") at Docket number 51.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Kimberly A. Bonner (89705)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

17-039822_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : **Case No.: 17-14106** |
| **John H. Goodwin** | : **Chapter 13** |
| **Debtor(s)** | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * * * |
| | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe to Withdraw Creditor's Certificate of No Response was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Jon M. Adelstein, Attorney for John H. Goodwin, 350 South Main Street, Suite 105, Doylestown, PA  18901, jadelstein@adelsteinkaliner.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January 11, 2018:

John H. Goodwin, 140 Clover Road, Ivyland, PA  18974


DATE: 1/11/18

                                      /s/ Karina Velter
                                      Karina Velter, Esquire (94781)
                                      Kimberly A. Bonner (89705)
                                      Adam B. Hall (323867)
                                      Sarah E. Barngrover (323972)
                                      Manley Deas Kochalski LLC
                                      P.O. Box 165028
                                      Columbus, OH  43216-5028
                                      Telephone: 614-220-5611
                                      Fax: 614-627-8181
                                      Attorneys for Creditor

17-039822_JDD1

                                                The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com