United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John H. Goodwin
    Debtor

Case No. 17-14106-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: Mar 13, 2018
                   Form ID: pdf900      Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.

```
db             +John H. Goodwin,    140 Clover Road,    Ivyland, PA 18974-1372
13933626       +49 Main Street, LLC,    820 Township Line Road,    Yardley, PA 19067-4200
13933628        American Express,    P. O. Box 1270,    Newark, NJ 07101-1270
13969681        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13933629       +BANK OF AMERICA,    P. O. Box 982234,    El Paso, TX 79980-0001
13990338       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13933630       +Barclay Business Aviator,    Business Card Services,    P. O. Box 23066,
                 Columbus, GA 31902-3066
13933631       +Barclay Card MC,    Card Services,    P. O. Box 13337,    Philadelphia, PA 19101-3337
13933632       +Barclay Upromise MC,    Card Services,    P. O. Box 23066,    Philadelphia, PA 19124-0766
13933634       +Chase,    Cardmember Service,    P. O. Box 1423,    Charlotte, NC 28201-1423
13933633       +Chase,    Cardmember Services,    P. O. Box 1423,    Charlotte, NC 28201-1423
13933635        Chase Auto Finance,    PO Box 78101,    Phoenix, AZ 85062-8101
13956682        Chase Mortgage,    P. O. Box 469030,    Glendale CO 80246-9030
13956683        Chase Mortgage,    P. O. Box 53150,    Phoenix AZ 85072-3150
13964483       +Covenant Bank,    182 N. Main Street,    Doylestown, PA 18901-3731
14009831        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
13963284        Fulton Bank, NA,    1360 Route 130 and Main Street,    Windsor, PA 08561
13933638       +IOU Financial/Altus Global Trade Solutio,    2400 Veterans Memorial Blvd., Ste 300,
                 Kenner, LA 70062-8725
13937134       +JPMorgan Chase Bank NA,    c/o Jeremy J. Kobeski, Esq.,    Phelan Hallinan Diamond & Jones LLP,
                 1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13998160       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14024083       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13933640       +Marlin Leasing,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
13933642        PA Dept. of Revenue,    Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-8946
13933643       +RE/MAX,    5075 S. Syracuse Street,    Denver, CO 80237-2712
13933645       +TD Bank,    Flamm Walton Heimbach & Lamm PC,    794 Penllyn Pike,    Blue Bell, PA 19422-1669
13957591       +TD Bank, N.A.,    c/o Anthony L. Lamm, Esquire,    Flamm Walton Heimbach & Lamm PC,
                 794 Penllyn Pike, Suite 100,    Blue Bell, PA 19422-1669
13933646       +Theresa Goodwin,    140 Clover Road,    Ivyland, PA 18974-1372
13933647       +Tri Tay Property Investment,    4550 E. Thousand Oaks Blvd.,    Ste 200,
                 Thousand Oaks, CA 91362-3821
13933648       +WLT Enterprises, LLC,    820 Township Line Road,    Yardley, PA 19067-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Mar 14 2018 01:40:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2018 01:40:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy@fult.com Mar 14 2018 01:40:18     Fulton Bank NA,    One Penn Square,
                 5th Floor,    Lancaster, PA 17602-2853
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:36     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13967599        E-mail/Text: ally@ebn.phinsolutions.com Mar 14 2018 01:39:40     Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
13933627        E-mail/Text: ally@ebn.phinsolutions.com Mar 14 2018 01:39:40     Ally Financial,
                 P.O. Box 380902,    Bloomington, MN 55438-0902
13933637       +E-mail/Text: bankruptcy@fult.com Mar 14 2018 01:40:18     Fulton Bank,    P. O. Box 69,
                 East Petersburg, PA 17520-0069
13933639        E-mail/Text: cio.bncmail@irs.gov Mar 14 2018 01:39:43     IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14002923        E-mail/Text: bk.notifications@jpmchase.com Mar 14 2018 01:39:46     JP Morgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,    Phoenix, AZ 85038-9505
13996301        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 01:43:29
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13934404       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 01:43:37
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13984085        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2018 01:39:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
13933644        E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:36     Synchrony Bank,
                 P. O. Box 960013-0013,    Orlando, FL 32896-0013
13988104        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2018 01:43:31     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 14
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Mar 13, 2018
                              Form ID: pdf900              Total Noticed: 43


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13933636          Covenant Bank
13933641          Mortgage
smg*              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA   17128-0946
                                                                                             TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,  RA-occbankruptcy6@state.pa.us
              JEREMY JOHN KOBESKI    on behalf of Creditor    JPMorgan Chase Bank National Association
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. S/B/M CHASE HOME FINANCE LLC,
               et al. paeb@fedphe.com
              JON M. ADELSTEIN    on behalf of Debtor John H. Goodwin jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              KARINA  VELTER    on behalf of Creditor    JPMorgan Chase Bank, National Association
               amps@manleydeas.com
              KARINA  VELTER    on behalf of Creditor    JPMorgan Chase Bank National Association
               amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMorgan Chase Bank National Association
               bkgroup@kmllawgroup.com
              Scott M. Klein    on behalf of Creditor    Fulton Bank NA sklein@bmnlawyers.com,
               kpower@bmnlawyers.com;keckman@bmnlawyers.com
              THOMAS P. STEVENS    on behalf of Creditor    TD BANK, N.A. tstevens@flammlaw.com,
               jmreid@flammlaw.com;lmstarkman@flammlaw.com;cmdorsey@flammlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 11
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN H GOODWIN                                    Chapter 13

                        Debtor          Bankruptcy No. 17-14106-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___13th___ day of __March__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JON M ADELSTEIN ESQ
350 S MAIN ST, SUITE 105

DOYLESTOWN, PA 18901-


Debtor:
JOHN H GOODWIN

140 CLOVER ROAD

IVYLAND, PA 18974